JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAULDEL SANDOVAL,<br><br>          Petitioner,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | Case No. CV 16-5297 FMO<br>Case No. CR 12-0541 FMO<br><br>**JUDGMENT** |

      **IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 17th day of August, 2016.

                                                                                        /s/<br>
                                                          Fernando M. Olguin<br>
                                               United States District Judge